IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

EDWIN ALEXANDER
CHACON MENDEZ,

Petitioner,

Civil Action No. 2:26-cv-817

v.

UNKNOWN,

Respondent.

**FINAL ORDER**

This matter is before the Court on the 28 U.S.C. § 2241 petition of Edwin Alexander Chacon Mendez ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, seeking immediate release from immigration detention or a constitutionally adequate bond hearing. Dkt. No. 1. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 3.

On September 17, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court dismiss the petition for a writ of habeas corpus without prejudice because it is duplicative of a petition filed in the Alexandria division of this Court which has already been fully briefed. Dkt. No. 12. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 5, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that

the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 6, 2026